**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| TINA ACKISS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No 5:18-cv-00294-TES |
| | : |
| ABSOLUTE RESOLUTIONS | : |
| INVESTMENTS, LLC, ABSOLUTE | : |
| RESOLUTIONS CORPORATION and | : |
| STENGER AND STENGER, P.C., | : |
| | : |
| Defendants. | : |

# ABSOLUTE RESOLUTIONS INVESTMENTS, LLC, ABSOLUTE RESOLUTIONS CORPORATION AND STENGER & STENGER, PC's OFFER OF JUDGMENT TO PLAINTIFF TINA ACKISS PURSUANT TO RULE 68

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Absolute Resolutions Investments, LLC, Absolute Resolutions Corporation and Stenger & Stenger, P.C. (together "Defendants") by and through their undersigned counsel, hereby make an offer of judgment to be taken against Defendants, jointly and severally, and in favor of Plaintiffs on the following terms:

1. Defendants shall pay Plaintiffs the total amount of One Thousand One and 00/100 ($1,001.00) in full and final satisfaction of any and all damages sought from all Defendants in the above-captioned action.

2. Defendants shall also pay an additional Four Thousand Four Hundred and 00/100 ($4,400.00) for attorney fees and costs incurred by Plaintiff in the above-captioned action.

3. Defendant Absolute Resolutions Investments, LLC shall also waive its claim to any amounts sought in the state court action styled *Absolute Resolutions Investments, LLC v. Tina Ackiss*, Case Number 18-295CS in the Lamar County Magistrate Court and file a dismissal with prejudice promptly after acceptance of this Offer.

4. The judgment entered in accordance with this Offer shall be in total settlement of any and all claims arising from the allegations in Plaintiff's Complaint.

5. This Offer is made solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission that Defendants have engaged in any wrongdoing. Defendants desire to save the time and costs associated with continued litigation.

Dated: 10/16/18.

                                            s/ Michael Kyle Floyd
                                            Michael Kyle Floyd
                                            Georgia Bar No. (266419)

STENGER & STENGER PC
2618 East Paris Avenue SE
Grand Rapids, MI 49546
(616) 954-2300
Email: kyle@stengerlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2018 a copy of the foregoing Absolute Resolutions Investments, LLC, Absolute Resolutions Corporation and Stenger & Stenger, P.C.'s Offer of Judgment to Plaintiff Tina Ackiss Pursuant to Rule 68 was served via email on the following:

Ronald Edward Daniels
Daniels Law, LLC
PO Box 1834
Perry, GA 31069
ron@dlawllc.com

Clifford Carlson
Cliff Carlson Law P.C.
1114-C1 Highway 96 #347
Kathleen, GA 31047
cc@cliffcarlsonlaw.com

           s/ Michael Kyle Floyd
           Michael Kyle Floyd
           Georgia Bar No. (266419)
           STENGER & STENGER PC
           2618 East Paris Avenue SE
           Grand Rapids, MI 49546
           (616) 954-2300
           Email: kyle@stengerlaw.com